[No. 20090-6-III.   Division Three.   July 16, 2002.]

*In the Matter of the Marriage of* KERRY JOHN GRIFFITH, *Appellant*, and KATHRYN ADELE GRIFFITH, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 95-3-00520-7, John E. Bridges, J., entered April 4, 2001. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Sweeney, J.

[Nos. 20568-1-III; 20578-9-III.   Division Three.   July 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL TREVINO, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MARK TREVINO, *Appellant*.

Appeals from judgments of the Superior Court for Grant County, Nos. 01-8-00368-1 and 01-8-00372-9, John M. Antosz, J., entered October 11, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Sweeney, J.

[Nos. 19720-4-III; 20668-8-III;   Division Three.   July 18, 2002.]
20669-6-III; 20670-0-III.

THE STATE OF WASHINGTON, *Respondent*, v. MORRIS H. GOLDBERG, *Appellant*.

*In the Matter of the Personal Restraint of* MORRIS H. GOLDBERG, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-00019-8, Michael E. Donohue, J., entered November 15, 2000, together with petitions for relief from personal restraint. Judgment *affirmed* and petitions *dismissed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Schultheis, J.